# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2005

128620(24)(25)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERIGO PALARCHIO, as Conservator
and Guardian of LINDA PALARCHIO,
a legally incapacitated person,
          Plaintiff-Appellee,

v

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
          Defendant-Appellant.

SC: 128620
COA: 258847
Wayne CC: 02-238086-NF

_____/

On order of the Court, the motion for immediate consideration and the motion to stay the trial are GRANTED. Proceedings in the Wayne Circuit Court are stayed until further order of this Court.

KELLY, J., would deny the motion to stay.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2005

_____
Clerk

p1017